|  |  | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | JUL 29 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

DANIEL GOMES FERREIRA,

        Plaintiff - Appellant,

 v.

KRISTI NOEM, Secretary, U.S. Department of Homeland Security; et al.,

        Defendants - Appellees.

No. 25-1970

D.C. No. 4:24-cv-01820-DMR
Northern District of California, Oakland

ORDER

The opening brief submitted by Appellant Daniel Gomes Ferreira is filed.

Within 7 days of this order, Appellant must file 6 copies of the brief in paper format bound with blue front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellant Daniel Gomes Ferreira are filed. Volume 2 is filed under seal. Within 7 days of this order, Appellant must file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT